No. **CR-08 00377 RMW RS**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## *SAN JOSE DIVISION*

E-FILING

FILED JUN 4 - 2008

## THE UNITED STATES OF AMERICA
### *vs.*

### TOMMY McINTOSH, JR.

## INDICTMENT

<u>COUNT ONE</u>: Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Firearm and Ammunition;

<u>FORFEITURE ALLEGATION</u>: Title 18, United States Code, Section 924(d)(1) - Forfeiture Allegation.

*A true bill.*

_____
*Foreperson*

Filed in open court this __4th__ day of __JUNE__

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail $ __No Bail Warrant.__

DOCUMENT NO. 1    CSA's INITIALS  c
DISTRICT COURT CRIMINAL CASE PROCESSING

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

*FILED*
JUN 4 - 2008

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,        )   CR-08 00377 RMW RS
                                 )
    Plaintiff,                   )   VIOLATIONS: 18 U.S.C. § 922(g)(1) -
                                 )   Felon in Possession of Firearm and
    v.                           )   Ammunition; 18 U.S.C. § 924(d)(1) -
                                 )   Forfeiture Allegation
TOMMY McINTOSH, JR.,             )
                                 )
    Defendant.                   )
                                 )
_____ )   SAN JOSE VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE:  (18 U.S.C. § 922(g)(1))

On or about February 1, 2008, in the Northern District of California, the defendant,

TOMMY McINTOSH, JR.,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit, a .38 caliber Rohm, Model 38S revolver, serial number FF33146, and ammunition, to wit, six rounds of .38 caliber ammunition bearing head-stamp "CCI", in and affecting interstate and foreign commerce, all in violation of 18 U.S.C. § 922(g)(1).

INDICTMENT

1 | FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1))

2 |    1. The factual allegations contained in Count One of this Indictment are re-alleged and
3 | incorporated herein.

4 |    2. Upon a conviction for the offense alleged in Count One above, the defendant,

5 | <center>TOMMY McINTOSH, JR.,</center>

6 | shall forfeit to the United States any firearm and ammunition involved in or used in any knowing
7 | violation of said offense, including, but not limited to, the following property: a .38 caliber
8 | Rohm, Model 38S revolver, serial number FF33146, and six rounds of .38 caliber ammunition
9 | bearing head-stamp "CCI", all in violation of 18 U.S.C. § 924(d)(1).

11 | DATED: 06/04/08            A TRUE BILL

13 |                                                      FOREPERSON

15 | JOSEPH P. RUSSONIELLO
    United States Attorney

17 | _____
    MATTHEW A. PARRELLA
18 | Chief, San Jose Branch Office

19 | (Approved as to form: _____)
20 |                           AUSA John N. Glang

INDICTMENT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 4 - 2008
CLERK
NORTHERN...

**OFFENSE CHARGED**

18 U.S.C. Section 922(g)(1) - Felon in Possession of Firearm and Ammunition
18 U.S.C. Section 924(d)(1) - Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
10 years imprisonment
$250,000 Fine
3 years of supervised release, $100 special assessment
Forfeiture of seized firearm and ammunition

DEFENDANT - U.S.
▶ TOMMY McINTOSH, JR.

DISTRICT COURT NUMBER
CR-08-00377 RMW

RS

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FBI SPECIAL AGENT RYAN DWYER

☑ person is awaiting trial in another Federal or State Court, give name of court
SANTA CRUZ COUNTY SUPERIOR COURT

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
JOHN N. GLANG

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
SANTA CRUZ COUNTY JAIL, WATER ST. FACILITY

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  4/27/2008
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: